In re Estate of Eli Daiches, Deceased.
Belle T. Daiches, Executrix of Estate of Eli Daiches, Deceased, Appellant, v. Isaac B. Lipson, Appellee.

Gen. No. 42,789.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944; rehearing denied February 8, 1944. Robert D. Melick and Julius Rieger, for appellant; Concannon, Dillin, Snook & Arthur, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.